IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| RAVENGRACE MORI EL, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22CV716 |
| | ) | |
| HSBC BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 7, 2022, was served on the parties in this action. (ECF Nos. 9, 10.) Plaintiff filed objections to the Magistrate Judge's Recommendation, (*see* ECF No. 11).* The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Injunctive Relief Motion, (ECF No. 6), is DENIED and this action is DISMISSED as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

---

\* Plaintiff captioned her objections as "Plaintiffs' [sic] Motion for Reconsideration and Emergency Injunction" (the "Objections") with the case numbers for the instant action and a 2019 lawsuit that she filed against Defendant (among others). (*See id.* at 1.) As relevant here, however, the Objections "request[] that the Court set aside the Court's September 7, 2022, Recommendation to Dismiss." (*Id.* at 8.) Although the Objections address Plaintiff's prior failure to provide evidence of a name change (*see, e.g.,* ECF No. 11-1 at 1), they do not undermine the Recommendation's conclusion that res judicata bars Plaintiff's instant suit, (*see* ECF No. 9 at 7–9).

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 29th day of September 2022.

                                              /s/ Loretta C. Biggs
                                              United States District Judge

2

Case 1:22-cv-00716-LCB-LPA   Document 12   Filed 09/29/22   Page 2 of 2